NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


DONALD C. MORINGIELLO,   )
   )
      Appellant,   )
   )
v.   )   Case No. 2D17-2748
   )
STATE OF FLORIDA,   )
   )
      Appellee.   )
_____ )

Opinion filed February 16, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Lee County; John E. Duryea, Jr.,
Judge.

Donald C. Moringiello, pro se.


PER CURIAM.


      Affirmed.


KELLY, KHOUZAM, and CRENSHAW, JJ., Concur.